IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CV-461-FL

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
BRITT'S PERSONAL PROPERTY, )
SPECIFICALLY DESCRIBED AS: )
A 2010 BMW 750i, )
VIN: WBAKC6C53ACL67773, )
AND ANY AND ALL ATTACHMENTS )
THEREON; AND ANY AND ALL )
PROCEEDS FROM THE SALE OF SAID )
PROPERTY, )
)
        Defendant. )

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 4th day of May, 2018.

                                              PETER A. MOORE, JR., Clerk
                                              U. S. District Court
                                              Eastern District of North Carolina