IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CV-461-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRITT'S PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| A 2010 BMW 750i, | ) |
| VIN: WBAKC6C53ACL67773, | ) |
| AND ANY AND ALL ATTACHMENTS | ) |
| THEREON; AND ANY AND ALL | ) |
| PROCEEDS FROM THE SALE OF SAID | ) |
| PROPERTY, | ) |
| | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT**
_____

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the defendant, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendant was duly seized by the U. S. Marshal's Service pursuant to said process;

1

2. No entitled persons have filed any claim to the defendant nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendant are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

3. The defendant is forfeited to the United States of America;

4. On May 4, 2018, this Court entered Default in this action at Docket Entry #9;

5. The U. S. Marshal's Service is hereby directed to dispose of the defendant according to law; and

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 5th day of July, 2018.

_____
LOUISE W. FLANANGAN
UNITED STATES DISTRICT JUDGE